# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM F. EDGE, JR.,** *et al.*,

    **Plaintiff,**

                                Civil Action 2:24-cv-4136
                                Judge Algenon L. Marbley
    v.                                Magistrate Judge Elizabeth P. Deavers

**RICE DRILLING D, LLC,** *et al.*,

    **Defendant.**

## ORDER

    This matter is before the Court on the Joint Motion to Dismiss with Prejudice. (ECF No. 48.) Plaintiffs and Defendants Gulfport Energy Corporation and Gulfport Appalachia, LLC ("Gulfport") move to dismiss Defendants Gulfport Energy Corporation and Gulfport Appalachia, LLC pursuant to Federal Rule of Civil Procedure 21. (*Id.*) The Motion is **GRANTED**. Defendants Gulfport Energy Corporation and Gulfport Appalachia, LLC are hereby **SEVERED** and **DISMISSED WITH PREJUDICE** from this action.

    IT IS SO ORDERED.

**Date: July 10, 2025**                          */s/ Elizabeth A. Preston Deavers*
                                                    **ELIZABETH A. PRESTON DEAVERS**
                                                    **UNITED STATES MAGISTRATE JUDGE**